# Third District Court of Appeal

## State of Florida

Opinion filed June 25, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0836
Lower Tribunal No. 18-17029-CA-01
_____


**Paraiso CU-1, LLC, et al.,**
Appellants/Cross-Appellees,

vs.

**PRH Paraiso Four, LLC,**
Appellee/Cross-Appellant.



An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Taylor Corwin & Van Cleaf, PLLC and Timothy S. Taylor and Vanessa A. Van Cleaf, for appellants/cross-appellees.

Coffey Burlington, P.L., Susan E. Raffanello and Daniel F. Blonsky, for appellee/cross-appellant.


Before EMAS, LINDSEY and GORDO, JJ.

GORDO, J.

Paraiso CU-1, LLC ("Paraiso") and Fernando Gitter ("Gitter") (collectively, "Paraiso") appeal from a final judgment of attorneys' fees, taxable costs and prejudgment interest in favor of PRH Paraiso Four, LLC ("PRH"). We have jurisdiction. Fla. R. App. P. 9.030(b)(1)(A). In Paraiso CU-1, LLC v. PRH Paraiso Four, LLC, No. 3D23-1697, 2025 WL 1386273, (Fla. 3d DCA May 14, 2025), this Court reversed the underlying final judgment in PRH's favor in its entirety. Consequently, the attorney's fees, costs and prejudgment interest judgment that was predicated on the reversed final judgment cannot stand. See Marty v. Bainter, 727 So. 2d 1124, 1125 (Fla. 1st DCA 1999) ("Once a final judgment is reversed and remanded by an appellate court, there can be no prevailing party for purposes of an award of prevailing party attorney's fees. Consequently, an award of attorney's fees and costs predicated on a reversed or vacated final judgment also must be reversed."); Ramos v. Halpern, 338 So. 3d 1015, 1016 (Fla. 3d DCA 2022) ("[B]ased upon our reversal of the trial court's final judgment [on the merits], we must likewise reverse the order awarding attorney's fees and costs."); City of Hollywood v. Witt, 939 So. 2d 315, 319 (Fla. 4th DCA 2006) ("[W]here an award of attorney's fees is dependent upon the judgment obtained, the reversal of the underlying judgment necessitates the reversal of the fee award.").

2

Accordingly, we vacate the appealed final judgment and remand this cause for further proceedings.